COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Aamir Veljee, Aameerali Lakhani, CSI, LED, LLC, and CSI Factory, Inc.,

Appellate case number:     01-20-00116-CV

Trial court case number:     201922849

Trial court:     295th District Court of Harris County

Relators filed a petition for writ of mandamus challenging the trial court's order, signed January 9, 2020, compelling relators to obtain and produce bank records. Relators subsequently filed a motion for emergency relief. *See* TEX. R. APP. P. 52.10.

The Court **grants** the motion for emergency relief and **stays** all proceedings in the trial court pending this Court's disposition of the petition for writ of mandamus or further orders of this Court. *See* TEX. R. APP. P. 52.10(b).

It is so ORDERED.


Judge's signature: ___/s/ Peter Kelly___
                ☑ Acting individually     ☐ Acting for the Court


Date: __February 11, 2020____